IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KRISTEN CORDLE                            *

       Plaintiff                        *

v.                                                    *         CIVIL NO. JKB-13-1626

PORTFOLIO RECOVERY                 *
ASSOCIATES, LLC
                                               *

       Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

In light of the voluntary dismissal by Plaintiff of Defendants on July 11, 2013 (ECF No. 7), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to close the case.

DATED this _15_ day of July, 2013.

BY THE COURT:

_____
James K. Bredar
United States District Judge